■ CEIL GROSSMAN et al., Respondents, v. JACK J. REINER et al., Appellants.— In an action to recover damages for injuries to person and property, defendants appeal (1) from an order of the Supreme Court, Kings County, dated December 8, 1959, denying a motion heard September 28, 1959, to dismiss the complaint for failure to prosecute; and (2) from an order of the same court, dated the same day, denying another motion heard November 30, 1959, for the same relief. Orders affirmed, with one bill of $10 costs and disbursements. No opinion. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ CATHERINE E. HAMMER, Individually and as Executrix of GEORGE A. HAMMER, Deceased, Appellants, v. VILLAGE OF PELHAM MANOR et al., Respondents.— In an action for a declaratory judgment, the plaintiff appeals from an order of the Supreme Court, Westchester County, made July 6, 1959, which denied her motion to preclude proof on the part of the defendants on the ground that their bill of particulars did not comply with plaintiff's demand therefor. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ DEBORAH HORNICK, Appellant, v. LAWRENCE HORNICK, Respondent.— In an action by a wife for a separation on the grounds of cruelty and non-support, the plaintiff wife appeals from a judgment of the Supreme Court, Nassau County, entered July 6, 1959, after trial, dismissing the complaint, awarding custody of the two infant issue of the parties to the plaintiff and awarding her $25 a week for the support of the children, and granting certain visitation rights to the defendant husband. Judgment affirmed, without costs. No opinion. Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.